# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Melinda Bulgin, | ) | Case No. 4:15-cr-102-15 |
| Defendant. | ) | |

Defendant's preliminary hearing scheduled for July 29, 2015, at 10:00 a.m. CDT before the undersigned is cancelled.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2015.

></p>
/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court