# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, ) | **COUNSEL** |
| ) | |
| vs. ) | |
| ) | Case No.: 4:15-cr-102 |
| Melinda Bulgin, ) | |
| ) | |
| Defendant. ) | |

The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Mark Meyer to represent Defendant in this matter. Defendant subsequently retained attorney Kevin Chapman, who on August 12, 2015, filed a Notice of Appearance.

Accordingly, the court **GRANTS** Mr. Meyer leave to withdraw as counsel for Defendant. Attorney Kevin Chapman shall be substituted as counsel of record for Defendant.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2015.

                                                             */s/ Charles S. Miller, Jr.*
                                                             Charles S. Miller, Jr.
                                                            United States Magistrate Judge