IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELINDA BULGIN,<br><br>Defendant. | Case No. 4:15-cr-102-15<br><br>**STIPULATION FOR RESTITUTION** |

The United States of America, by its attorneys, Drew H. Wrigley, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney; together with the Defendant, Melinda Bulgin, and her attorney Chad R. McCabe, ("the parties") stipulate and agree as follows:

1. The parties agree that the Defendant shall pay restitution in the sum of $333,251.00 in this case.

2. Restitution payments shall be made to the Clerk of Court, United States District Court, P.O. Box 1193, Bismarck, ND 58502-1193.

Dated this 11th day of June, 2019

MELINDA BULGIN
Defendant

Dated this 11 day of June, 2019

_____
CHAD R. MCCABE
Attorney for Defendant


Dated this 12th day of Jun, 2019

_____
JONATHAN J. O'KONEK
Assistant United States Attorney