IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELINDA BULGIN,<br><br>Defendant. | Case No. 4:15-cr-102-15<br><br>**STIPULATION FOR SENTENCING GUIDELINE PROVISIONS** |

The United States of America, by its attorneys, Drew H. Wrigley, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney; together with the Defendant, Melinda Bulgin, and her attorney Chad R. McCabe, ("the parties") stipulate and agree as follows:

1. The defendant is in criminal history category I.

2. The following United States Sentencing Guideline (USSG) offense level and enhancement provisions apply to the defendant:

- 7.  USSG § 2B1.1(a)(1)  (base offense level)
- +12.  USSG § 2B1.1(b)(1)(G)  (loss more than $250,000)
- +4.  USSG § 2B1.1(b)(2)(B)  (substantial financial hardship to five or more victims)
- +2.  USSG § 2B1.1(b)(9)(A)  (representations acting for government agency)

- + 2. USSG § 2B1.1(b)(10)(B) and (C)  (offense committed from outside U.S. or "sophisticated")
- + 2. USSG § 2B1.1(b)(11)  (possession or use of any authentication feature)
- + 2. USSG § 2S1.1(b)(2)(B)  (conviction under 18 U.S.C. § 1956)
- + 2. USSG § 3A1.1(b)(1) (vulnerable victim)

3. The defendant's **final adjusted offense level is 33**.

4. Based upon a final adjusted offense level of 33 and a criminal history category I, the defendant has a sentencing guideline range of **135-168 months'** imprisonment.

Dated this 14th day of June, 2019

_____
MELINDA BULGIN
Defendant

Dated this 11 day of June, 2019

_____
CHAD R. MCCABE
Attorney for Defendant

Dated this 12th day of June, 2019

_____
JONATHAN J. O'KONEK
Assistant United States Attorney