## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER DENYING** |
| Plaintiff, | ) | **MOTION FOR TRANSCRIPTS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Melinda Bulgin, | ) | Case No. 4:15-cr-102 |
| | ) | |
| Defendant. | ) | |

___

Before the Court is the Defendant's *pro se* "Motion for Sentencing Transcripts" filed on June 12, 2020. See Doc. No. 750. In her motion, the Defendant requests transcripts of her sentencing hearing be prepared and sent to her for the purpose of preparing a motion pursuant to 28 U.S.C. § 2255. At this time, the Defendant has not filed a motion pursuant to 28 U.S.C. § 2255. The Eighth Circuit Court of Appeals has continually held a motion for transcripts prior to the filing of a Section 2255 motion as premature. United States v. Barnett, 389 Fed. Appx. 575, 575 (8th Cir. 2010); United States v. Losing, 601 F.2d 351, 351-53 (8th Cir. 1979). Accordingly, at this time, the Defendant's motion for transcripts (Doc. No. 750) is **DENIED**.

   **IT IS SO ORDERED.**

Dated this 15th day of June, 2020.

   */s/ Daniel L. Hovland*
   Daniel L. Hovland, District Judge
   United States District Court